```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SEFERINO LEONARDO,　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:　　ORDER OF DISCONTINUANCE
　　　　　　　　Plaintiff,　　　　　　　　　　　　17 Civ. 6986 (GWG)

　　　　　　　　　　　　　　　　　　　　　:

　　-v.-　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　　:

LEX 18 INC., et al.,　　　　　　　　　　　　:

　　　　　　　　Defendants.　　　　　　　　:
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

　　　　This case contains claims under the Fair Labor Standards Act. On March 12, 2018, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c). In a filing dated May 14, 2018 (Docket # 44), the parties have submitted their proposed settlement agreement. Having reviewed the proposed settlement, the Court find that it is fair and reasonable. The settlement is approved.

　　　　Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement.

　　　　Any pending motions are moot. The Clerk is requested to close the case.

　　　　SO ORDERED.

Dated: May 15, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　GABRIEL W. GORENSTEIN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge